ACCEPTED
01-14-1004-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 4:44:20 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-01004-CV

| | | |
|---|---|---|
| Kevin Leroy Campbell, | § | IN THE FIRST |
| Appellant, | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| M. Brandon Maggiore, Guardian Ad Litem, | § | |
| Appellee. | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 4:44:20 PM
CHRISTOPHER A. PRINE
Clerk

## Motion For Leave to File Amended Brief With Appendix

Pursuant to Texas Rule of Appellate Procedure 38.7, Appellee asks this Honorable Court to grant him leave to file an amended brief with an appendix (which brief and appendix were filed on the same date as this motion) to correct technical and grammatical defects, several statutory and internal reference errors, and to include an appendix.

1. Appellee's brief was timely filed on October 19, 2015 even though Appellant filed an Amended brief only 18 days before Appellee's brief deadline.

2. Appellee asks this Court to accept his amended brief and appendix filed on October 22, 2015, the same date as this motion.

3. The amended brief corrects formatting errors in the index, adds the text for the

points on appeal to the index, corrects defects in the table of authorities, corrects several statutory and internal reference errors, and adds an appendix.

4. The Appendix includes all statutes, case law, and orders cited in Appellee's brief.

5. Appellee's amended brief does not add new points on appeal, new arguments, or new case law and, therefore, will cause no delay in the submission of this case.

6. The appendix does not include excerpts from the Reporters Record due to the number of pages from this record cited by Appellee.

7. Appellee believes that the amended brief and appendix thereto will assist this Court and Appellant in reviewing the merits of this case.

## PRAYER

For the foregoing reasons, Appellee asks the Court to grant Appellee the right to file an amended brief with an appendix on or before the date this Court rules on this motion.

//

//

Respectfully submitted,

/s/ M. Brandon Maggiore
M. Brandon Maggiore
State Bar No.: 24078901
Maggiore Law Firm, PLLC
2442 S. Downing St., Suite 100
Denver, CO 80210
Telephone: (713) 239.3347
Facsimile: (713) 581.1894
brandon@maggiorelawfirm.com

GUARDIAN AD LITEM FOR LONNIE PHILLIPS, JR., AN INCAPACITATED PERSON

CERTIFICATE OF COMPLIANCE

I certify that this document was produced on a computer using Pages 5.5.3 and contains 265 words, as determined by the computer software's word-count function, excluding the sections of the document listed in Texas Rule of Appellate Procedure 9.4(i)(1).

/s/ M. Brandon Maggiore
M. Brandon Maggiore
State Bar No.: 24078901

//

//

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 22, 2015, I served a copy of Appellee's First Amended Motion to Dismiss for Lack of Jurisdiction and Motion for Award of Fees and Costs for a Frivolous Appeal on the parties listed below by electronic service and that the electronic transmission was reported as complete. My e-mail address is brandon@maggiorelawfirm.com.

<u>/s/ M. Brandon Maggiore</u>
M. Brandon Maggiore
State Bar No.: 24078901

Veronica L. Davis
Attorney for Appellants
Texas Bar No. 05557300
226 N. Mattson
West Columbia, Texas 77486
Telephone: 979.345.2953
Facsimile: 979.345.5461
vld57atal@yahoo.com

Catherine N. Wylie
Guardian Of the Person and Estate of
Lonnie Phillips, Jr., An Incapacitated
Person
The Wylie Law Firm
2211 Norfolk Street, Suite #440
Houston, Texas 77098
Telephone: 713.275.8230
Facsimile: 713.275.8239
Email: cwylie@wylielawfirm.com

Dana V. Drexler
Attorney Ad Litem during the trial on
the Merits
1010 Lamar Street, Suite 1450
Houston, Texas 77002
Telephone: 713.658.8900
Facsimile: 713.658.9408
DVPDrexler@aol.com